# Order

Michigan Supreme Court
Lansing, Michigan

June 23, 2009

139031

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re DENZELL CHRISTIAN COVINGTON and
NYANNA ANN-LISSETTE COVINGTON,
Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
       Petitioner-Appellee,

v

BERNARD A. COVINGTON,
       Respondent-Appellant.

SC: 139031
COA: 291640
Ingham CC Family Division:
08-000381-NA; 08-000382-NA

_____/

On order of the Court, the application for leave to appeal the May 20, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

_____
Clerk

s0616